UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALBERTO CRUZ,

                                **Plaintiff,**                               19-CV-9779 (VSB)(SN)

          -against-                                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      To allow Plaintiff, who is proceeding *in forma pauperis*, to effect service on Defendant Commissioner of Social Security through the U.S. Marshals Service, the Clerk of Court is directed to issue a summons in this action and prepare and forward the necessary papers to the United States Marshal for service of the summons and complaint on the Commissioner of Social Security.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 11, 2019
                New York, New York