**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALBERTO CRUZ,

                Plaintiff,                      19 **CIVIL** 9779 (SN)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 3, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings for further consideration of the period under review prior to April 11, 2028.

**Dated:**  New York, New York
           August 3, 2020

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                       Clerk of Court
                                                **BY:**
                                                                       Deputy Clerk